KATHERINE ROGERS *v.* LAWRENCE L. MACK

The motion by the defendant to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Morton E. Marvin,* for the appellee (defendant).

*Samuel Gruber,* for the appellant (plaintiff).

Argued April 7—decided April 7, 1964

---

JOHN J. RINELLO *v.* ROCCO R. P. PERNA,
TRUSTEE, ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted.

*Joseph M. Kaye,* for the appellee (plaintiff).

*Rocco R. P. Perna,* for the appellant (named defendant).

Argued April 7—decided April 7, 1964

---

ALBERT J. LAVORGNA *v.* FRED WHEELER ET AL.

The motion by the plaintiff to perfect the record in the appeal from the Court of Common Pleas in Hartford County is denied. See Practice Book, 1963, §§ 675, 695.

*Norman Ebenstein,* in support of the motion.

*William J. Shea, Jr.,* in opposition.